IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AMANDA SHADE; and MATTHEW )
SHADE )
) No. 3-12-1178
v. )
)
WAL-MART STORES, EAST, L.P.[1] )

O R D E R

Counsel for the parties shall convene a telephone conference call with the Court on **Thursday, February 6, 2014, at 3:00 p.m.,** to be initiated by defendant's counsel, to address the plaintiff's motion for modification of case management order (Docket Entry No. 20) and the defendant's response in opposition (Docket Entry No. 21).

If the date and time for the conference call present scheduling conflicts for counsel, they shall confer and call Ms. Jeanne Cox, Courtroom Deputy, at 736-5164, to reschedule.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By stipulation filed January 24, 2013 (Docket Entry No. 13), and order entered January 25, 2013 (Docket Entry No. 14), Wal-Mart Stores, Inc. was dismissed without prejudice.