IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AMANDA SHADE; and MATTHEW SHADE )
)
) No. 3-12-1178
v. )
)
WAL-MART STORES, EAST, L.P.[1] )

O R D E R

The plaintiff's motion for leave (Docket Entry No. 36) is GRANTED.

The plaintiff is granted leave to file and the Clerk shall accept for filing the plaintiff's copy of the DVD surveillance video.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By stipulation filed January 24, 2013 (Docket Entry No. 13), and order entered January 25, 2013 (Docket Entry No. 14), Wal-Mart Stores, Inc. was dismissed without prejudice.