IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMANDA SHADE and MATTHEW SHADE, | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:12-cv-01178 |
| | ) | |
| v. | ) | Judge Nixon |
| | ) | Magistrate Judge Griffin |
| WAL-MART STORES EAST, L.P., | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## ORDER

Trial in this matter is currently set for Tuesday, March 10, 2015. However, due to a conflict with the Court's calendar, the Court finds it necessary to reschedule the trial and pretrial conference. Accordingly, the Court **CONTINUES** trial in this matter to **Tuesday, March 24, 2015, at 9:00 a.m.** The pretrial conference is **CONTINUED** to **Friday, March 13, 2015, at 10:00 a.m.**

It is so ORDERED.

Entered this the 9th day of June, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT