IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

AMANDA SHADE; and MATTHEW )
SHADE )
) No. 3-12-1178
v. )
)
WAL-MART STORES, EAST, L.P.[1] )

O R D E R

On August 14, 2014, the parties filed a notice of settlement (Docket Entry No. 53).

As a result, the defendant's pending motion for summary judgment (Docket Entry No. 24) is rendered MOOT, and the Clerk is directed to terminate that motion as pending.

By September 8, 2014, the parties shall file a joint motion and proposed agreed final order of dismissal with prejudice.[2]

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By stipulation filed January 24, 2013 (Docket Entry No. 13), and order entered January 25, 2013 (Docket Entry No. 14), Wal-Mart Stores, Inc. was dismissed without prejudice.

[2] By order entered February 11, 2014 (Docket Entry No. 34), the pretrial conference and trial were rescheduled to February 27, 2015, and March 10, 2015, respectively.