IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| AMANDA SHADE and MATTHEW SHADE, | ) ) ) | |
| Plaintiffs, | ) ) | No. 3:12-cv-01178 |
| v. | ) ) ) | Judge Nixon Magistrate Judge Griffin |
| WAL-MART STORES EAST, L.P., | ) ) | JURY DEMAND |
| Defendant. | ) ) | |

## ORDER

Pending before this Court is the parties' Joint Motion for Dismissal with Prejudice. (Doc. No. 55.) Plaintiffs Amanda Shade and Matthew Shade and Defendant Wal-Mart Stores East, L.P., stipulate to the dismissal of all of Plaintiff's claims with prejudice. (*Id.*) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk of the Court to close this case.

It is so ORDERED.

Entered this the 25 day of August, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT